**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Westport Holdings Tampa, Limited Partnership**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA University Village**

**3. Debtor's federal Employer Identification Number** (EIN)

**65-1059079**

**4. Debtor's address**

**Principal place of business**

**12401 N. 22nd St.**
**Tampa, FL 33612**
Number, Street, City, State & ZIP Code

**Hillsborough**
County

**Mailing address, if different from principal place of business**

**7100 W. Camino Real St.**
**Suite 303, Office B**
**Boca Raton, FL 33433**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **Westport Holdings Tampa, Limited Partnership** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____

District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **Westport Holdings Tampa II, Limited Partnership** Relationship **Related Entity**

District **Middle District of Florida, Tampa Division** When ____ Case number, if known ____

Debtor **Westport Holdings Tampa, Limited Partnership** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Westport Holdings Tampa, Limited Partnership** Case number (*if known*)
Name

**Part 4: Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/21/16
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Eli Freiden, Manager of**
Printed name

Title **IMH Healthcare, LLC, General Partner**

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 9/21/16
MM / DD / YYYY

**Stephen R. Leslie**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **813-229-0144** Email address

**000349 - Florida**
Bar number and State

WESTPORT

1199SEIU
2881 Corporate Way
Miramar, FL 33025

1199SEIU Political Action Fund
2881 Corporate Way
Miramar, FL 33025

ABC Action News WFTS
4045 N Himes Ave.
Tampa, FL 33612

Advanced Answers On Demand
11575 Heron Bay Blvd, 2nd FL
Coral Springs, FL 33076

Advantek Solutions
35 Regency Plaza
Glenn Mills, PA 19342-1002

Advatek
5373 Brantford Ave
Memphis, TN 38120

Aetna
Po Box 804735
Chicago, IL 60680-4108

Airgas, Inc.
P.O. Box 532609
Atlanta, GA 30353-2609

Airtech
Po Box 1120
Zephyrhills, FL 33539

American Quality Foods
Po Box 519
Arden, NC 28704

Anoush Brangaccio
Insurance Regulation Legal Services
200 E. Gaines St.
Tallahassee, FL 32399-4206

Answers On Demand
11575 Heron Bay Blvd
Suite 200

Coral Springs, FL 33076

Ashberry Water Conditioning
2405 E. Fourth Ave
Tampa, FL 33605

AT & T Co.
P.O. Box 105068
Atlanta, GA 30348-5068

AT&T
Po Box 5019
Carol Stream, IL 60197-5019

Austin Outdoor
PO Box 101017
Atlanta, GA 30392-1017

Auto Pro
1801C E. Fowler Ave
Tampa, FL 33612

Bay Brothers
3712 N. Nebraska Ave
Tampa, FL 33603

Bloomingdays Flower Shop
11618 N Florida Ave
Tampa, FL 33612

Bob Apfelbeck
6251 Colfeld Circle
Sarasota, FL 34241-5466

Brennick Brothers, Inc
Po Box 279
Riverview, FL 33568

Bright House Networks
P.O. Box 31710
Tampa, FL 33631

Bureau of Elevator Safety
PO BOX 6300
Tallahassee, FL 32314-5700

Castellano-Moses Transportation Group
2007 W Kennedy Blvd

Tampa, FL 33606

Cawley
PO Box 2110
Manitowoc, FL 54221-2110

Ceps, LLC - Celebrations24
5635 7th Avenue North
St. Petersburg, FL 33710

Champion National Security
Po Box 975243
Dallas, TX -

Cheryl Graham
3645 Kings Rd., #106
Palm Harbor, FL 34685

Christopher B. Lunny, Esq.
P.O. Box 10967
Tallahassee, FL 32302

Cintas
PO Box 630910
Cincinnati, OH 45263-0910

Clear-Vue, Inc.
P.O. Box 86
Safety Harbor, FL 34695

Clifton Larson Allen
Attn: A/R - Orlando #76
141 Avenue C SW, Suite 160
Winter Haven, FL 33880

Commercial Laundries
5122 W. Knox St
Tampa, FL 33634

Commercial Safety Systems, LLC
PO Box 8499
Seminole, FL 33775

Congress Asset Mgmt Co
2 Seaport Lane
Boston, MA 02210

Cory Cottrell

13523 Outboard Court
Hudson, FL 34667

Cozzini Bros, Inc
350 Howard Ave
Des Plaines, IL 60018

CPIF Lending, LLC
Attn: Brad Shain
1910 Fairview Ave. E., #200
Seattle, WA 98102

CPIF Lending, LLC
c/o Kyle D. Wuepper, Esq.
101 SW Main St., #1100
Portland, OR 97204

Critter Control
2452 Silver Star Rd
Orlando, FL 32804

Department Of Financial Services
Revenue Processing Section
P.O Box 6100
Tallahassee, FL 32314-6100

DEX Media
PO Box 619009
ATTN: AR
DFW Airport, TX 75261-9009

Directec Corporation
908 Lily Creek Road
Suite 101
Louisville, KY 40243

Doris Ekern Bale
2 Silver Street Apt #1
Dover, NH 03820

E Bs Painting & Services, LLC
7212 Donald Ave
Tampa, FL 33614

E. Sam Jones Distributor
PO Box 536794
Atlanta, GA 30353-6794

WESTPORT

Eclipse Internet, Inc
100 Ashford Circle N., #110
Atlanta, GA 30338

Eclipse Networks, Inc
100 Ashford Center N., #100
Atlanta, GA 30338

Ecolab
Po Box 32027
New York, NY 10087-2027

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674-2564

Edwards Coils Corp.
101 Alexander Ave.
Pompton Plains, NJ 07444-0487

Ehrlich
5711 Johns Road, Ste 1308
Tampa, FL 33634

Electro Joe LLC
3030 Turkey Creek Road
Plant City, FL 33566

Envirolight & Disposal, Inc.
PO Box 26047
Tampa, FL 33623-6047

Eunice Schmeer
910 River Rapids Avenue
Brandon, FL 33511

Express Services, Inc.
Po Box 535434
Atlanta, GA 30353-5434

Factory Outlet Store
1407 Broadway
Suite 700 7th Floor
New York, NY 10018

FCS, INC
3813 126th Ave. N., #13
Clearwater, FL 33762

WESTPORT

Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

First Insurance Funding Inc.
450 Skokie Blvd Ste 100
Northbrook, IL 60062

Fitness Logic
380 Scarlet Blvd
Oldsmar, FL 34677

Florida Department of Financial Services
Attn: Compliance Section
PO Box 6350
Tallahassee, FL 32314-6350

Florida Door Control of Orlando, Inc.
658-2 Washburn Road
Melbourne, FL 32934

Florida Star Linen
1501 Lancer Drive
Moorestown, NJ 08057

For Rent Media Solutions
PO Box 209066
Dallas, TX 75320-9066

Frontier Communications
Po Box 740407
Cincinnati, OH 45274-0407

Gary, Dytrych & Ryan, P.A.
701 U.S. Highway One
Suite 402
North Palm Beach, FL 33408

Geiger
Po Box 712144
Cincinnati, OH 45271-2144

Grant Wilson
522 Lantern Circle
Tampa, FL 33617

Great Lakes Higher Education Guaranty Co

WESTPORT

Po Box 83230
Chicago, IL 60691-0230

Greater Tampa Association of Realtors
2918 W Kennedy Blvd
Tampa, FL 33609

Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131

Harlow Hoffman
1431 Four Seasons Blvd.
Tampa, FL 33613

HD Supply
P. O. Box 509058
San Diego, CA 92150-9058

Helen Mazurkiewicz
41415 Silver Drive
Umatilla, FL 32784

Hillsborough Community College
39 Columbia Dr.
Tampa, FL 33606

Hillsborough County Fire Marshals Office
PO Box 310398
Tampa, FL 33680

Hillsborough County Tax Collector
2506 N. Falkenburg Rd.
Tampa, FL 33619

Hobart Corporation
5424 West Waters Ave
Tampa, IL 33634

Indeed, Inc
Dept. 2652
PO Box 122652
Dallas, TX 75312-2652

Ingalls Organ Service, Inc.
18114 Spencer Road
Odessa, FL 33556

WESTPORT

Jeff Fears
3635 Cannon Dr.
New Port Richey, FL 34652

Jennies Flowers
2730 W. Columbus Dr.
Tampa, FL 33607

Jennifer Shipherd, PFT
1711 Hillside Drive
Tampa, FL 33610

Joey Winborg
4910 Stalls Ave
Tampa, FL 33615

John R. Gilroy III, P.A.
1695 Metropolitan Circle
Tallahassee, FL 32308

Johnstone Supply
3650 W. Spruce Street
Tampa, FL 33607-2505

Jon Don
37302 Eagle Way
Chicago, IL 60678-1373

Joseph Dundon
2835 Dunwoodie Place
Homestead, FL 33035

Lamn, Krielow, Dytrych & Co
500 University Blvd
Suite #215
Jupiter, FL 33458

Land O' Lakes Recycling
P.O. Box 2021
Land O' Lakes, FL 34639

Lapure Water Coolers
11443 43rd St N
Clearwater, FL 33762

Lucianna Walker
C/O Duane Walker
10671 South West 23rd Ct.

Davie, FL 33324

Manasota Flooring, Inc.
4551 N Washington Blvd
Sarasota, FL 34234

Maria Montero
5853 Sand Key Lane
Wesley Chapel, FL 33545

Markmaster, Inc.
11111 N 46th Street
Tampa, FL 33617

Marlin Business Bank
2795 E. Cottonwood Pkwy
Salt Lake City, UT 84121

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

Masterpiece Living
11360 North Jog Road
Suite 102
Palm Beach Gardens, FL 33418

Matrixcare
BIN#32
PO Box 1414
Minneapolis, MN 55480-1414

Military Officers Assoc of America
Ad Dept, PO Box 320910
Alexandria, VA 22320-4910

Military Officers Wives Club
Shirley Helveston
6714 Highlands Creek Loop
Lakeland, FL 33813-1890

Moseley Associates
P.O. Box 15302
Tampa, FL 33684

Norman Smith / Eleanor Nesbit
12401 N. 22nd St., Apt. B604
Tampa, FL 33612

WESTPORT

Notable Works Inc.
5702 23rd Avenue S.
Gulfport, FL 33707

Novum Management Group
17901 Hunting Bow Circle, #102
Lutz, FL 33558

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211

Officeworld.com
115 Cleveland Street
Eugene, OR 97402

Peoples Gas System
P.O. Box 31017
Tampa, FL 33631-3017

Piper Fire Protection
13075 US Hwy 19 N
Clearwater, FL 33764

Pitney Bowes
Purchase Power
Po Box 371874
Pittsburgh, PA 15250-7874

Pro Garment
33141 Glenwood
Wayne, MI 48184

Pro Plumbing
5205 N Nebraska Ave
Tampa, FL 33603

Pro-Con Services, LLC
13306 Winding Oak Court
Tampa, FL 33612-3416

REM of Tampa, Inc
3212 N 40th St. Ste 602
Tampa, FL 33605

Rodan Fire Sprinklers
8100 E Broadway Ave, Ste A

Tampa, FL 33619

Ryoko I. Woolf Living Trust
Suntrust Bank
401 E. Jackson St. 19th Fl
Tampa, FL 33602

Salon Services, Inc.
210 S. Pinellas Avenue #205
Tarpon Springs, FL 34689

Sandra Dinero
31953 Northridge Drive
Wesley Chapel, FL 33545

Sandra Sternfels
4000 E. Fletcher Ave Apt A205
Tampa, FL 33613

Saroja Siddarth
P.O. Box 399
Becket, MA 01223

Seiu National Industry Pension Fund
P.O. Box 841967
Boston, MA 02284-1967

Senior Facility Finder
P.O. Box 551726
Jacksonville, FL 32255

Sentinel Background Checks
PO Box 450
Valrico, FL 33595

Shaw P. Stiller, Esq.
Office of Insurance Regulation
Legal Services Office
200 E. Gaines St.
Tallahassee, FL 32399-4206

Shoes For Crews, LLC
Po Box 504634
St. Louis, MO 63150-4634

Shred-It USA
P.O. Box 13574
New York, NY 10087-3574

WESTPORT

Skillspath Seminar
P.O. Box 804441
Kansas City, MO 64180-4441

Sprint
P. O. Box 4191
Carol Stream, IL 60197

St. Armands Baking Co.
2811 59th Avenue Drive East
Bradenton, FL 34203

Stephen Westhoff
12651 Wildrose Aave
New Port Richey, FL 34654

Sterling InfoSystems, Inc.
P. O. Box 35626
Newark, NJ 07193

Sunny Florida Dairy
Po Box 5085
Tampa, FL 33675

Sunshine Chiller Services Inc
PO Box 888
Mulberry, FL 33860

Super Shuttle
Veolia Transportation On Demand
32331 Collection Center Dr
Chicago, IL 60693-0323

Supreme Energy
532 Freeman Street
Orange, NJ 07050

SWS Contracting, LLC
9307 N. 14th Street
Tampa, FL 33612

Take 5 Media Group
2385 NW Executive Center Drive
Boca Raton, FL 33431

TALF, Inc.
3391 Cypress Gardens Rd.

Winter Haven, FL 33884

Tampa Appliance Repair
2117 Autumn Chace Court
Tampa, FL 33613

Tampa Electric
c/o Intuition Systems, Inc.
4700 140 Ave N., Ste # 106
Clearwater, FL 33762

Taylor Freezer Sales
14601 Mc Cormick Drive
Tampa, FL 33626

Taylor Rental
P.O. Box 2636
Brandon, FL 33509

Taylor Rental Center
13113 N. Florida Avenue
Tampa, FL 33612

Team Construction Services, LLC
4524 Floramar Terrace
New Port Richey, FL 34652

The Estate of Joseph W. Baker
9219 Dayflower Drive
Tampa, FL 33647

The Florida Orchestra
ATTN: Jodi Souza/Finance
244 2nd Ave. N., Suite 420
Saint Petersburg, FL 33701

The Home Depot - Northgate #279
Po Box 183176
Columbus, OH 43218

The Sara Diaz Living Trust
103 Cunningham Dr.
New Symrna Beach, FL 32168

The Senior Directory
28724 Cottagewood Drive
Wesley Chapel, FL 33545

WESTPORT

The Tampa Tribune
PO Box 85011
Richmond, VA 02328-5501

Thomas Rose
5052 Sunridge Palms Dr., Unit 103
Tampa, FL 33617

ThyssenKrupp Elevator
PO Box 933004
Atlanta, GA 31193-3004

TJ Flooring, LLC
5471 51 Ter N
St. Petersberg, FL 33709

Tom Allensworth
12708 Summit St.
Tampa, FL 33612

Tony Levato
1132 E. Bucknell Ave.
Inverness, FL 34450

Total Air Solutions
1050 Corporate Avenue
Unit 118
North Port, FL 34289

Touchtown, Inc.
201-B Ann Street
Oakmont, PA 15139

TR & SNF, Inc.
3391 Cypress Gardens Rd.
Winter Haven, FL 33884

Trane Supply
Tampa Bay Trane
P.O. Box 919309
Orlando, FL 32891-9309

TruGreen
1790 Kirby Pkwy., #300
Memphis, TN 38138

TWC Services, Inc.
PO Box 1612

Des Moines, IA 50306-1612

Unifirst Corporation
6010 East Adamo Drive
Tampa, FL 33619

University Cleaners
13524 University Plaza
Tampa, FL 33613

University Mall Portwood Owner LLC
P.O. Box 865293
Orlando, FL 32886-5293

US Foodservice
P.O. Box 281841
Atlanta, GA 30384-1481

USF Commercial Accounts
PO Box 864568
Orlando, FL 32886

USF Foundation, Inc
Dick Dearolf Office of Develop
4202 E Fowler Ave. EDU 162
Tampa, FL 33620

Vend Lease Co., Inc.
8100 Sandpiper Cir., #300
Nottingham, MD 21236

Vendor Services Center
P.O. Box 15270
Irvine, CA 92623-5270

Verizon Credit Inc
P.O Box 650478
Dallas, TX 75265-0478

Wally Dandy
1307 Pine Prairie Rd.
Sarasota, FL 34240

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

Westport Holdings Tampa LP

WESTPORT

Attn : Regions Corp R.Brayman
1900 5th Ave North
Birmingham, AL 35203

Working Cow Homemade Inc
4711 34th St N
St Petersburg, FL 33714

YP
Po Box 5010
Carol Stream, IL 60197-5010

Yvonne McKitrick
12401 Show Pines Drive
New Smyrna Beach, FL 32169