| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Westport Holdings Tampa, Limited Partnership |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known): | 8:16-bk-8167-MGW |

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SCM Speciality Finance Opportunities Fund LP<br>Two Greenwich Plaza, 4th Floor<br>Greenwich, CT 06830-6353 | | | | | | $525,000.00 |
| Muriel Upton<br>108 Travis Dr.<br>Georgetown, TX 78633 | | | | | | $485,059.40 |
| LucianNa Walker<br>10671 South West 23rd Court<br>Davie, FL 33324 | | | | | | $383,750.00 |
| Myra Bishop<br>2567 2nd Ave<br>San Diego, CA 92103 | | | | | | $335,027.85 |
| Darrell & Elizabeth Ballard<br>200 Lake Ave NE Apt 121<br>Largo, FL 33771 | | | | | | $319,759.00 |
| Doris Wheeler<br>726 W Wood Circle<br>Brandon, FL 33511 | | | | | | $289,132.76 |
| Thomas Allensworth<br>12708 Summit Street<br>Tampa, FL 33612 | | | | | | $278,107.66 |
| Bernice Greenspan<br>5807 Old Pasco Road<br>Wesley Chapel, FL 33544 | | | | | | $236,908.74 |
| Saroja Siddharth<br>Po Box 399<br>Becket, MA 01223 | | | | | | $203,125.50 |
| Lee & Linda Shear<br>5988 Ropes Drive<br>Cincinnatti, OH 45244 | | | | | | $196,760.00 |
| Mary Louise Silver<br>1625 Greenbrook Ct<br>Mobile, AL 36609 | | | | | | $196,493.88 |

Debtor **Westport Holdings Tampa, Limited Partnership**　　　　Case number *(if known)*　**8:16-bk-8167-MGW**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **John & Alice Falkenham**<br>6320 Wilver Lakes Drive W<br>Lakeland, FL 33810 | | | | | | $175,430.00 |
| **James Stocking**<br>330 Williamsburg Drive<br>Avon Lake, OH 44012 | | | | | | $172,160.00 |
| **John Wilhelm**<br>2553 3rd Ave W #307<br>Owen Sounds   Ontario   N4K-6TE<br>CANADA | | | | | | $169,258.50 |
| **Airtech**<br>Po Box 1120<br>Zephyrhills, FL 33539 | | | | | | $161,697.13 |
| **Norma Valdes**<br>2831 Knoll Drive<br>Valrico, FL 33596 | | | | | | $159,207.74 |
| **Angela Pusateri**<br>12951 W Linebaugh Ave<br>Tampa, FL 33626 | | | | | | $150,676.20 |
| **Jed & Sandra Sprague**<br>327 Palo Alto Place<br>Kissimmee, FL 34759 | | | | | | $133,509.60 |
| **Robert Melvin**<br>5103 S Everett St<br>Littleton, CO 80123 | | | | | | $127,628.09 |
| **Mary Boze**<br>4100 E Fletcher Ave<br>Tampa, FL 33613 | | | | | | $127,101.48 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Westport Holdings Tampa, Limited Partnership** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | 8:16-bk-8167-MGW |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*  **20 Largest Unsecured Creditors**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/23/16    x  /s/ signature

Signature of individual signing on behalf of debtor

**Eli Freiden, Manager of**
Printed name

**IMH Healthcare, LLC, General Partner**
Position or relationship to debtor