**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

WESTPORT HOLDINGS TAMPA,　　　　　　　Case No. 8:16-bk-08167-MGW
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA　　　　　　　Case No. 8:15-bk-08168-MGW
II, LIMITED PARTNERSHIP,　　　　　　　　Chapter 11 Cases

　　　　　Debtors.　　　　　　　　　　　　(*Jointly Administered under*
　　　　　　　　　　　　　　　　　　　　　*Case No. 8:1608167-MGW)*
_____/

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

　　　　GUY G. GEBHARDT, Acting United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors who hold unsecured claims are hereby APPOINTED to the *Official Committee of the Unsecured Creditors* in the case of *Westport Holdings Tampa, Limited Partnership*, Case Number 8:16-bk-08167-MGW:

1.  Muriel T. Upton Trust　　　　　　　　　　(512) 639-0664
    Sandra Dodds, Trustee
    108 Travis Drive
    Georgetown, TX 78633

2.  Darrell D. Ballard　　　　　　　　　　　　(352) 272-9308
    200 Lake Avenue NE, Apt. 121
    Largo, FL 33771-1656

3.  Thomas M. Allensworth, Jr.
    c/o Alder Allensworth　　(*Chairperson*)　　(813) 930-2888
    12708 Summit Street
    Tampa, FL 33612

1

Each member of the Committee separately indicated a willingness to serve on the committee and accepted appointment.

Dated: October 11, 2016.

> Respectfully submitted,
>
> GUY G. GEBHARDT
> Acting United States Trustee-Region 21
>
> By: /s/ *Denise E. Barnett*
> Denise E. Barnett, Esq.
> Trial Attorney
> Florida Bar Number 090610
> 501 East Polk Street, Suite 1200
> Tampa, FL 33602
> (813) 228-2000 Ext. 227
> (813) 228-2300 facsimile
> Denise.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Appointment of Unsecured Creditors' Committee by United States Trustee* has been served either electronically through the Cm/ECF Electronic Mail system or by United States Mail by or before **October 11, 2016**, on the following:

Stephen R. Leslie, Esq.
Stichter Riedel Blain & Prosser PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4700
slesie.ecf@srbp.com

> /s/Denise E. Barnett
> Trial Attorney