**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                     Chapter 11
WESTPORT HOLDINGS TAMPA,                                 Case No. 8:16-bk-08167-MGW
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA                                 Case No. 8:16-bk-08168-MGW
II, LIMITED PARTNERSHIP,

           Debtors.                                              (*Jointly Administered under*
                                                                                *Case No. 8:16-bk-08167-MGW*)
_____/

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF RESIDENT CREDITORS

      GUY G. GEBHARDT, Acting United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following resident creditors of the Debtor who hold claims are hereby APPOINTED to the Committee of Resident Creditors:

1. David Whiting
   David Whiting and
   Norman Jean Whiting Trustees,
   Revocable Living Trust, Dated Sept. 12, 1995
   12401 North 22nd Street, Apt. A-705
   Tampa, FL 33612
   (813) 975-5509

2. Irwin J. Karpay
   12710 Taylor Nicolas Drive
   Tampa, FL 33612
   (813) 373-5695

3. David P. Henry
   12401 North 22nd Street, Apt. A-410
   Tampa, FL 33612
   (813) 443-2346

4. Marvin Weathers
   12401 North 22nd Street, Apt. G-404
   Tampa, FL 33612
   (813) 975-5272

5. Denis Johnson (813) 975-5201
    12401 North 22nd Street, Apt B-201
    Tampa, FL   33612

6. Mary Adams Castor (813) 975-5620
    12401 North 22nd Street, Apt. C-311
    Tampa, FL 33612

7. Stephen K. Miller (813) 962-8473
    12401 North 22nd Street, Apt. H-502
    Tampa, FL 33612

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

Dated: December 29, 2016.

Respectfully submitted,
GUY G. GEBHARDT
Acting United States Trustee for Region 21

By: */s/ Denise E. Barnett*
Denise E. Barnett, Esq., Trial Attorney
Florida Bar Number 090610
501 East Polk Street, Suite 1200
Tampa, FL 33602
(813) 228-2000 Ext. 227
(813) 228-2300 facsimile
Denise.barnett@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Appointment of Committee of Resident Creditors* has been served either electronically through the CM/ECF Electronic Mail system or by United States Mail on or before **Decenber 30, 2016** on the following as well as the individuals above:

| | |
|---|---|
| Stephen R. Leslie<br>Scott A. Stichter<br>Stichter Riedel Blain & Prosser PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4700<br>slesie.ecf@srbp.com | David S. Jennis<br>Jennis Law Firm<br>400 North Ashley Drive, Suite 2540<br>Tampa, FL   33602-4700<br>djennis@jennislaw.com |

 */s/Denise E. Barnett*
Trial Attorney