**Fill in this information to identify the case:**

Debtor name: **Westport Holdings Tampa, Limited Partnership**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): 8:16-bk-8167-MGW

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Contract (amended to add)** | |
| | State the term remaining | | **1199SEIU, United Healthcare Workers East Florida Healthcare Union 2881 Corporate Way Miramar, FL 33025** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services (amended to add)** | |
| | State the term remaining | | **Advanced Answers On Demand 11575 Heron Bay Blvd, 2nd Fl Coral Springs, FL 33076** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services (amended to add)** | |
| | State the term remaining | | **Balboa Capital Corporation Assignee of VAR Resources c/o Michelle Chiongson, Esq. 2010 Main St., #1100 Irvine, CA 92614** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Barrar, Jean 12401 N. 22nd St. Unit C301 Tampa, FL 33612** |
| | List the contract number of any government contract | | |

Case 8:16-bk-08167-MGW   Doc 261   Filed 12/30/16   Page 2 of 12

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Belisle, Raymond**<br>**12401 N. 22nd St.**<br>**Unit B104**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Brooks, Evangeline**<br>**12401 N. 22nd St.**<br>**Unit D110**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Catalano, Mary & Schwab, Virginia**<br>**12401 N. 22nd St.**<br>**Unit F105**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Clark, Philip**<br>**12401 N. 22nd St.**<br>**Unit D606**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services (amended to add)** | |
| | State the term remaining | | **Commercial Laundries of West Florida Inc**<br>**5122 W. Knox St.**<br>**Tampa, FL 33634** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Cosner, Ruth**<br>**12401 N. 22nd St.**<br>**Unit D606**<br>**Tampa, FL 33612** |
| | List the contract number of any | | |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment (amended to add)**<br><br><br>**Doyle, Antoinette**<br>**12401 N. 22nd St.**<br>**Unit A303**<br>**Tampa, FL 33612** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment (amended to add)**<br><br><br>**Edwards, Grace**<br>**12401 N. 22nd St.**<br>**Unit B607**<br>**Tampa, FL 33612** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment (amended to add)**<br><br><br>**Eiler, Marie**<br>**12401 N. 22nd St.**<br>**Unit D402**<br>**Tampa, FL 33612** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of equipment (amended to add)**<br><br><br>**Everglades Farm Equipment**<br>**P.O. Box 910**<br>**Belle Glade, FL 33430** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment (amended to add)**<br><br><br>**Flackman, Jutta**<br>**12401 N. 22nd St.**<br>**Unit E104**<br>**Tampa, FL 33612** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | **Freeze, David**<br>**12401 N. 22nd St.**<br>**Unit B603**<br>**Tampa, FL 33612** |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number (*if known*) | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

---

2.17.   State what the contract or lease is for and the nature of the debtor's interest     **Lease of apartment (amended to add)**

    State the term remaining

    List the contract number of any government contract

**Hollander, Margaret**
**12401 N. 22nd St.**
**Unit B303**
**Tampa, FL 33612**

---

2.18.   State what the contract or lease is for and the nature of the debtor's interest     **Lease of apartment (amended to add)**

    State the term remaining

    List the contract number of any government contract

**Hooten, Julia**
**12401 N. 22nd St.**
**Unit B708**
**Tampa, FL 33612**

---

2.19.   State what the contract or lease is for and the nature of the debtor's interest     **Lease of apartment (amended to add)**

    State the term remaining

    List the contract number of any government contract

**Hughes, Charles**
**12401 N. 22nd St.**
**Unit E204**
**Tampa, FL 33612**

---

2.20.   State what the contract or lease is for and the nature of the debtor's interest     **Lease of apartment (amended to add)**

    State the term remaining

    List the contract number of any government contract

**Jackson, Kenneth**
**12401 N. 22nd St.**
**Unit D502**
**Tampa, FL 33612**

---

2.21.   State what the contract or lease is for and the nature of the debtor's interest     **Contract for services (amended to add)**

    State the term remaining

    List the contract number of any government contract

**JLH Security Services, Inc. dba**
**Alert Protective Services**
**5561 Marquesas Circle**
**Sarasota, FL 34233**

---

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Kenin, Marjorie**<br>12401 N. 22nd St.<br>Unit D407<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment (amended to add)** | |
| | State the term remaining | | **Key Government Finance, Inc.**<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Kirkbak, Barbara**<br>12401 N. 22nd St.<br>Unit C501<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Kohake, Jerry**<br>12401 N. 22nd St.<br>Unit C604<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Lazzara, Ralph & Mary**<br>12401 N. 22nd St.<br>Unit C408<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Lehrer, Sandra**<br>12401 N. 22nd St.<br>Unit C610<br>Tampa, FL 33612 |
| | List the contract number of any | | |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Lombardo, Lydia**<br>12401 N. 22nd St.<br>Unit A103<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **MacMilllian, Harold**<br>12401 N. 22nd St.<br>Unit C203<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Maher, Margaret**<br>12401 N. 22nd St.<br>Unit A304<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Manes, Robert**<br>12401 N. 22nd St.<br>Unit D410<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of computer hardware and software** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Business Bank**<br>2795 E. Cottonwood Pkwy<br>Salt Lake City, UT 84121 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | **Marrero, Maria**<br>12401 N. 22nd St.<br>Unit C204<br>Tampa, FL 33612 |
|---|---|---|---|

| Debtor 1 | Westport Holdings Tampa, Limited Partnership | Case number (if known) | 8:16-bk-8167-MGW |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | Meaza, Teru |
| | List the contract number of any government contract | | 12401 N. 22nd St. Unit D603 Tampa, FL 33612 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | Michael, Joyce |
| | List the contract number of any government contract | | 12401 N. 22nd St. Unit C103 Tampa, FL 33612 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | Miller, June |
| | List the contract number of any government contract | | 12401 N. 22nd St. Unit B508 Tampa, FL 33612 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | Miller, Stephen B. |
| | List the contract number of any government contract | | 12401 N. 22nd St. Unit D405 Tampa, FL 33612 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | Noonan, Jane |
| | List the contract number of any government contract | | 12401 N. 22nd St. Unit B502 Tampa, FL 33612 |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | | Case number (*if known*) | **8:16-bk-8167-MGW** |
|---|---|---|---|---|
| | First Name　Middle Name　Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes**<br>**Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Fee Escrow Agreement (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Regions Bank**<br>**1555 Palm Beach Lakes Blvd.**<br>**West Palm Beach, FL 33407** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Life Care Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Residents** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Rognes, Ray & Loretta**<br>**12401 N. 22nd St.**<br>**Unit B205**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Rosen, Helen**<br>**12401 N. 22nd St.**<br>**Unit C407**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for services (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Salon Services, Inc.**<br>**210 S. Pinellas Avenue #205**<br>**Tarpon Springs, FL 34689** |
| | List the contract number of any | | |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Salter, Jim**<br>**12401 N. 22nd St.**<br>**Unit B702**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Silvernail, Evelyn**<br>**12401 N. 22nd St.**<br>**Unit B305**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Sperry, Eligia**<br>**12401 N. 22nd St.**<br>**Unit A507**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Stansell, Martha**<br>**12401 N. 22nd St.**<br>**Unit A403**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises located at 12401 N. 22nd St., Tampa, Florida (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **SunTrust Bank**<br>**12401 N. 22nd St.**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | Case number (*if known*) | **8:16-bk-8167-MGW** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **TALF, Inc.** |
| | List the contract number of any government contract | | **9114 Technology Lane** **Fishers, IN 46038** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Taylor, Spafford & Nancy** |
| | List the contract number of any government contract | | **12401 N. 22nd St.** **Unit A102** **Tampa, FL 33612** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **TR & SNF, Inc.** |
| | List the contract number of any government contract | | **9114 Technology Lane** **Fishers, IN 46038** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
|---|---|---|---|
| | State the term remaining | | **Trejbal, Alta** |
| | List the contract number of any government contract | | **12401 N. 22nd St.** **Unit D303** **Tampa, FL 33612** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment** | |
|---|---|---|---|
| | State the term remaining | | **Vend Lease Co., Inc.** |
| | List the contract number of any government contract | | **8100 Sandpiper Cir., #300** **Nottingham, MD 21236** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment** | |
|---|---|---|---|
| | State the term remaining | | **Vendor Services Center** |
| | List the contract number of any | | **P.O. Box 15270** **Irvine, CA 92623-5270** |

| Debtor 1 | **Westport Holdings Tampa, Limited Partnership** | | Case number *(if known)* | **8:16-bk-8167-MGW** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Vitale, James & Gertrude**<br>12401 N. 22nd St.<br>Unit G603<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Walker, Cynthia**<br>12401 N. 22nd St.<br>Unit A603<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **White, Harriet**<br>12401 N. 22nd St.<br>Unit A703<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Wyche, Collier**<br>12401 N. 22nd St.<br>Unit C209<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment (amended to add)** | |
| | State the term remaining | | **Zimmerer, Joseph & Irene**<br>12401 N. 22nd St.<br>Unit E407<br>Tampa, FL 33612 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Westport Holdings Tampa, Limited Partnership** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | 8:16-bk-8167-MGW |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   G
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/29/16         x  /s/ *(signature)*
                                  Signature of individual signing on behalf of debtor

**Eli Freiden, Manager of**
Printed name

**IMH Healthcare, LLC, General Partner**
Position or relationship to debtor