**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                  Chapter 11

WESTPORT HOLDINGS TAMPA                          Case No: 8:16-bk-08167-MGW
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA II                       Case No: 8:16-bk-08168-MGW
LIMITED PARTNERSHIP,

                                                                         *Jointly Administered under*
                    Debtors.                                             *Case No: 8:16-bk-08167-MGW*
_____/

**AD HOC COMMITTEE OF FORMER RESIDENTS' UNOPPOSED**
**MOTION TO EXTEND BAR DATE FOR FORMER RESIDENTS**

        The Ad Hoc Committee of Former Residents (the "Ad Hoc Committee"), by and through

its undersigned counsel,  files its *Unopposed Motion to Extend Bar Date for Former Residents*

(the "Motion"), and states as follows:

        1.        By Order on Motion to Extend Bar Date for Former Residents entered on

December 29, 2016 (Doc. 257), the bar date for Former Residents was extended to February 10,

2017.

        2.        Pursuant to the Order on Motion to Approve Alternative Claim Form and Cure

Notice in Connection With Sales Procedures and Procedures to Fix Amounts Owed to Current

and Former Residents (Doc. 309), the Former Residents are to file any objections to the Debtor's

schedule claim amounts by February 21, 2017.

        3.        In order to avoid confusion, the Ad Hoc Committee requests that the bar date be

extended from February 9, 2017 to February 21, 2017 so that it is coextensive with the Claim

Objection filing date.

4.     Counsel for the Debtor and counsel for the Examiner do not oppose the relief requested in this Motion.

**WHEREFORE**, the Ad Hoc Committee respectfully requests the entry of an order extending the bar date for Former Residents from February 9, 2017 to February 21, 2017, and granting such other relief as is just and equitable.

Dated:  February 8, 2017.

/s/ *Lynn Welter Sherman*
Lynn Welter Sherman, FL Bar No. 375616
ADAMS AND REESE LLP
101 East Kenney Blvd., Suite 4000
Tampa, Florida  33602
Telephone:      (813) 402-2880
Facsimile:       (813) 402-2887
E-Mail:          lynn.sherman@arlaw.com
*Counsel for ad hoc Committee of Former Residents*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been provided by electronic filing on February 8, 2017, to all persons receiving notice by CM/ECF.

/s/ *Lynn Welter Sherman*
Lynn Welter Sherman

45348816_1.DOCX