UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| WESTPORT HOLDINGS TAMPA, LIMITED PARTNERSHIP, | Case No. 8:16-bk-8167-MGW |
| WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP, | Case No. 8:16-bk-8168-MGW |
| Debtors._____/ | *Jointly Administered under Case No. 8:16-bk-8167-MGW* |
| WESTPORT HOLDINGS TAMPA II, LIMITED PARTNERSHIP, | Case No. 8:16-bk-8168-MGW |
| Applicable Debtor._____/ | |

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE
PERIOD OF FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

The Debtor hereby files its Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

    /s/ *Scott A. Stichter*
Scott A. Stichter
Florida Bar No. 0710679
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:  (813) 229-0144
Email:  sstichter@srbp.com
Attorneys for the Debtors

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING FEBRUARY 1, 201 AND ENDING FEBRUARY 28, 2017

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 292,311.90 (a) | - (b) |
| 2. RECEIPTS: | | |
|     A. Cash Sales | | - |
|         Minus: Cash Refunds | | - |
|         Net Cash Sales | | - |
|     B. Accounts Receivable | 32,187.67 | 324,499.57 |
|     C. Other Receipts (see MOR-3) | | - |
|     (If you receive rental income, you must attach a rent roll | | |
| 3. TOTAL RECEIPTS (lines 2A+2B+2C) | 32,187.67 | 324,499.57 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (line 1+line 3) | 324,499.57 | 324,499.57 |
| 5. DISBURSEMENTS | | |
|     A. Food Service | | - |
|     B. Maintenance | | - |
|     C. Contract Services | | - |
|     D. Activities / Wellness Center Supplies | | - |
|     E. Insurance | | - |
|     F. Union Payments | | - |
|     G. Employee Levys | | - |
|     H. 401K | | - |
|     I. Office Supplies | | - |
|     J. Payroll - Net (see attachment 4B) | | - |
|     K. Professional Fees (accounting & legal) | | - |
|     L. Rent | | - |
|     M. Repairs & Maintenance | | - |
|     N. Secured Creditor Payments (see attachment 2) | | - |
|     O. Taxes Paid - Payroll (see attachment 4C) | | - |
|     P. Taxes Paid - Sales & Use | | - |
|     Q. Taxes Paid - Other (see attachment 4C) | | - |
|     R. Telephone | | - |
|     S. Travel & Entertainment | | - |
|     T. U.S. Trustee Quarterly Fees | | - |
|     U. Utilities | | - |
|     V. Vehicle Expenses | | - |
|     W. Other Operating Expenses (see MOR-3) | | - |
| 6. TOTAL DISBURSEMENTS (sum of 5A-W) | - | - |
| 7. ENDING BALANCE (line 4 minus line 6) | 324,499.57 (c) | 324,499.57 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief dated this 4th day of May, 2017

Signature

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completely correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

Detail of Other Receipts and Other Disbursements

OTHER RECEIPTS:

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page

| Description | Cumulative Petition to Date |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL OTHER RECEIPTS** | 0 |

"Other Receipts" includes Loans from Insiders and Other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

OTHER DISBURSEMENTS:

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2,

| Description | Cumulative Petition to Date |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL OTHER DISBURSEMENTS** | 0 |

NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

**ACCOUNTS RECEIVABLE AT PETITION DATE:**

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received:

| | | |
|---|---:|---|
| Beginning of Month Balance | 138,033.76 | (a) |
| PLUS: Current Month New Billings | - | |
| MINUS: Collection During the Month | 32,187.67 | (b) |
| PLUS/MINUS: Adjustments or Write-offs | 46,306.13 | * |
| End of Month Balance | 59,539.96 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

Adjustments made to transfer AR balances to WPH I

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 days | 31-60 days | 61-90 days | Over 90 days | Total | |
|---:|---:|---:|---:|---:|---|
| (57,293.51) | 74,916.95 | (21,837.51) | 63,754.03 | 59,539.96 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, disputed accounts, write-off, etc.) |
|---|---:|---|
| AYoung, Operations | 17,708.00 | Villa was rented to a Neuro Rehab group-Never paid |
| Young, A | 40,231.80 | Villa was rented to a Neuro Rehab group-Never paid |
| | 57,939.80 | |

(a)This number is carried forward from last months report. For the first report only, this number will be the balance as of the Petition Date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (page MOR-2, line 2B)
(c)These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL AMOUNT** |  |  |  | _____ (b) |

Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

|  |  |  |
|---|---|---|
|  | Opening Balance | -    (a) |
| PLUS: | New Indebtedness Incurred this Month | - |
| MINUS: | Amount Paid on Post Petition Accounts Payable this Month |  |
| PLUS/MINUS: | Adjustments | -    * |
|  | Ending | -    (c) |

*For any adjustments provide explanation and supporting documentation, if applicable

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/ Lessor | Date Payment Due this Month | Amount Paid this Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  | -    (d) |  |  |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b,c)The total of line (b) must equal line c)
(d)This number is reported in the "Current Month" column of Schedules of Receipts and Disbursements Page, MOR-2, line 5N).

ATTACHMENT 3

**INVENTORY AND FIXED ASSETS REPORT**

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | - | (a) |
| PLUS: Inventory Purchased During Month | - | |
| MINUS: Inventory Used or Sold | - | |
| PLUS/MINUS: Adjustments or Write-downs | - | * |
| Inventory on Hand at End of Month | - | |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 100% | _____% | _____% | _____% | = | 100% |

*Aging Percentages must equal 100%
____ Check here if inventory contains perishable item

Description of Obsolete Inventory:

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:     6,793,715.00  (b)
(includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | 6,784,325.00 (a)(b) |
| MINUS: Depreciation Expenses | 3130 |
| PLUS: New Purchased | 0 |
| PLUS/MINUS: Adjustments or Write-downs | 0 * |
| Ending Monthly Balance | 6,781,195.00 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the Petition Date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions, Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: BRANCH:

ACCOUNT NAME: ACCOUNT NO.:

PURPOSE OF ACCOUNT: OPERATING

| | |
|---|---:|
| Ending Bank Balance per Bank Statement | - |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and Other Debits | 0 * |
| Minus Service Charges | 0 |
| Ending Balance per Check Register | **(a) |

*Debit cards are used by:

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: (check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (page MOR-2, line 7)

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconcilation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: BRANCH:

ACCOUNT NAME: ACCOUNT NO.:

PURPOSE OF ACCOUNT:

| | |
|---|---|
| Ending Bank Balance per Bank Statement | 0 |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and Other Debits | 0 * |
| Minus Service Charges | 0 |
| Ending Balance per Check Register | 0 **(a) |

*Debit cards are used by:

**If Closing Balance is negative, provide explanation:

NOT APPLICABLE - Payments made through a leasing company

The following disbursements were paid by Cash: ( check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (page MOR-2, line 7)

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconcilation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:          BRANCH:

ACCOUNT NAME:          ACCOUNT NO.:

PURPOSE OF ACCOUNT: TAX

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and Other Debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:

The following disbursements were paid by Cash: (_____ check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (page MOR-2, line 7)

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENTS ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | 0 | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 | 0 (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/ Account | (Column 2) Maximum Amount of Cash in Drawer/ Account | (Column 3) Amount of Petty Cash on Hand at End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| Accounting Dept | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | (b) |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a+b)                $_____ (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (page MOR-2, line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Bank: _____                Branch: _____

Account Name: _____                Account No.: _____

Purpose of Account:            OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

**TOTAL**                                                                                            $ _____

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Bank:                                                    Branch:

Account Name:                                            Account No.:

Purpose of Account:     PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| **TOTAL** |         |       |         | $      |

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Bank:                                            Branch:

Account Name:                                        Account No.:

Purpose of Account:      TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| **TOTAL** |        |       |         | $_____ (d) |

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Payroll Taxed Paid | _____ (a) |
| Sales & Use Taxes Paid | _____ (b) |
| Other Taxes Paid | _____ (c) |
| **TOTAL** | _____ (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (page MOR-2, line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (page MOR-2, line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| **TOTAL** | _____ | _____ | _____ | _____ | $_____ |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowance, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | None |

_____ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transaction that are not reported on this report, such as the sale of real estate (*attach closing statement* ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.