# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: WESTPORT HOLDINGS TAMPA II, } | CASE NUMBER: 8:16-bk-08168-MGW | |
|     LIMITED PARTNERSHIP } | | |
| } | | |
| } | | |
| } | | |
| DEBTOR. } | CHAPTER 11 | |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

**FROM** 11-May-18 **TO** 30-Jun-2018

   Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 8/7/2018                        /s/ Adam Lawton Alpert
                                                                            Attorney for Debtor

| Debtor's Address | Attorney's Address |
|---|---|
| and Phone Number: | and Phone Number: |
| 12401 North 22nd Ave. | Adam Lawton Alpert, Esq. |
| Tampa, FL 33612 | Bush Ross, P.A. |
| | 1801 N. Highland Ave., Tampa, FL 33602 |
| | Bar No. 0490857 |
| Tel. _____ | Tel. (813) 224-9255 |

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to th United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

6897355.XLS

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| See attached schedule of policies - First Insurance Funding Premium Finance Agreement | 3/31/18-3/31/19 | $33,603.92 Monthly | $0.00 |
| Note: WPH II coverage is included in the WPH I policies attached | | | |

### DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Pursuant to the Order Granting Liquidating Trustee's Emergency Motion to Compel Execution of Transfer of Membership Interests in Westport Nursing Tampa, L.L.C entered on May 25, 2018 (Doc. No. 1035), the transfer of 100% ownership of the membership interests in Westport Nursing Tampa, LLC to Westport Holdings Tampa, Limited Partnership was completed on May 25, 2018. As contemplated by the confirmed Chapter 11 Plan of Liquidation (the "Plan"), the Liquidating Trustee entered into a Consent Order on May 30, 2018 with the Florida Office of Insurance Regulation ("OIR") that resolved OIR's membership interests in Westport Nursing Tampa, LLC to Westport Holdings Tampa, Limited Partnership, coupled with the Consent Order, effectuated the reunificat the University Village continuing care retirement community (CCRC).
The Consent Order, among other things, grants the Liquidating Trustee the temporary authority to act as the operator and manager of the University Village CCRC pending a sale in accordance with the Plan.

**Estimated Date of Filing the Application for Final Decree: April 30, 2019**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief. This 7th day of August, 2018.

_Jeffrey W. Warren, Liquidating Trustee_
Debtor's Signature

6897355.XLS

**LENDER:**

**FIRST INSURANCE FUNDING**
A WINTRUST COMPANY

# COMMERCIAL PREMIUM FINANCE AGREEMENT

450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 13834734**

| INSURED/BORROWER | Customer ID: N/A | AGENT or BROKER |
|---|---|---|
| (Name and Address as shown on Policy)<br>DIP Westport Holdings Tampa LP,<br>12401 North 22nd Avenue<br>Tampa, FL 33612 | | (Name and Business Address)<br>ALLIANT INSURANCE SERVICES, INC.<br>1050 WILSHIRE DRIVE<br>SUITE 210<br>TROY, MI 48084 |

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 544,573.57 | 248,094.11 | 296,479.46 | 1,037.75 | 297,517.21 | 4,918.07 | 302,435.28 | 3.950 % |

**YOUR PAYMENT SCHEDULE WILL BE:**   *Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000*

| Number of Payments | Amount of Each Payment | First Installment Due | 04/30/2018 |
|---|---|---|---|
| 9 | 33,603.92 | Installment Due Dates | 30th (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.
**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.
**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).
**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

### SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| VISCN000082001 | C00005-LLOYDS OF LONDON<br>G00781-AMWINS ACCESS<br>[ME:35.000 %, CX:0]        [PR] | PROP | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 67,762.00<br>500.00<br>3,493.36 |
| AHAR1021000 | C00094-WESTCHESTER FIRE INSURANCE CO<br>G00781-AMWINS ACCESS<br>[ME:35.000 %, CX:0]        [PR] | PROP | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 66,397.00<br>4,500.00<br>3,619.75 |
| (Policies continued on next page.) | | | | TOTAL | 544,573.57 |

Q# 13834734, PRN: 032918, CFG: 0Internal - No Restrictions, RT: 0Internal - Base, DD: 0, BM: Invoice, Qtd For: A01682 Original, Memo 0
**INSURED'S AGREEMENT:**
1. In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.
2. **POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.
3. **SIGNATURE & ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**
**NOTICE TO INSURED:** (1) Do not sign this Agreement before you read both pages of it, or if it contains any blank space. (2) You are entitled to a completely filled-in copy of this Agreement. (3) Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. (4) Keep a copy of this Agreement to protect your legal rights. (5) See last page of Agreement for your consent to electronic statement and notice delivery.
4. **EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

| _[signature]_ | 4/20/18 | | |
|---|---|---|---|
| Signature of Insured or Authorized Agent | Date | Signature of Agent | Date |
| FEIN or SSN  XX-XXX9079 | | The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein. | |

FIF0617P

**Exhibit A**

## SCHEDULE OF POLICIES

Insured: DIP Westport Holdings Tam
Quote #: 13834734

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| MEO191002018 | C00005-LLOYDS OF LONDON<br>G00025-CRC INSURANCE SERVICES<br>[ME:100.000 %, CX:0]   [PR] | GL | 19 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 75,137.00<br>35.00<br>3,833.77 |
| 74APB002378 | C00257-NATIONAL INDEMNITY CO OF MID AMERICA<br>G00025-CRC INSURANCE SERVICES<br>[CX:0]   [PR] | AUTO | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 111,837.00<br>0.00<br>0.00 |
| 82404558 | C00043-FEDERAL INSURANCE COMPANY<br>[CX:0]   [PR] | D&O | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 2,430.00<br>0.00<br>0.00 |
| UC2132286418 | C00232-HISCOX INSURANCE COMPANY<br>G00830-ARC EXCESS & SURPLUS<br>[CX:0]   [PR] | CRME | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 6,293.00<br>0.00<br>0.00 |
| 82472258 | C00043-FEDERAL INSURANCE COMPANY<br>[CX:0]   [90%PR] | LIAB FIDUC | 2 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 436.00<br>0.00<br>0.00 |
| Agency Service Fee | C00650-Agency Fees - Nonrefundable<br>[ME:100.000 %, CX:0]   [90%PR] | TXFE | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 47,000.00<br>0.00<br>0.00 |
| ESP30000619600 | C02690-ENDURANCE AMERICAN INS CO<br>G00781-AMWINS ACCESS<br>[ME:25.000 %, CX:0]   [90%PR] | PROP | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 34,750.00<br>0.00<br>1,776.25 |
| AHAR1052700 | C01373-QBE INSURANCE CORPORATION<br>G00781-AMWINS ACCESS<br>[ME:25.000 %, CX:0]   [90%PR] | PROP | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 53,514.00<br>200.00<br>2,747.41 |
| VISCN000082101 | C00005-LLOYDS OF LONDON<br>G00781-AMWINS ACCESS<br>[ME:35.000 %, CX:0]   [90%PR] | PROP | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 15,186.00<br>250.00<br>799.24 |
| TBD | C00252-NATIONAL FIRE & MARINE INS CO<br>G00025-CRC INSURANCE SERVICES<br>[CX:0]   [90%PR] | UMB | 12 | 03/31/2018<br>ERN TXS/FEES<br>FIN TXS/FEES | 40,000.00<br>35.00<br>2,041.79 |

Exhibit A

FIF0214P-SCH

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** Westport Holdings Tampa II, LP

**Case Number:** 8:16-bk-08168-MGW

**Date of Plan Confirmation:** May 10, 2018

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 0 | $ 0 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 0 | $ 0 |
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ 0 | $ 0 |
| | (ii) Federal Taxes | 0 | 0 |
| | (iii) State Taxes | 0 | 0 |
| | (iv) Other Taxes | 0 | 0 |
| | | 0 | 0 |
| | b. **All Other Operating Expenses:** | $ 0 | 0 |
| | c. **Plan Payments:** | | |
| | (i) Administrative Claims | $ 0 | $ 0 |
| | (ii) Class One | 0 | 0 |
| | (iii) Class Two | 0 | 0 |
| | (iv) Class Three | 0 | 0 |
| | (v) Class Four | 0 | 0 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 0 | $ 0 |
| 1. | **CASH (End of Period)** | $ 0 | $ 0 |

6897355.XLS

**MONTHLY OPERATING REPORT -**                          **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | N/A | N/A | N/A | N/A |
| Account Number: | | | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | | | | |
| | | | | |
| 1. **Balance per Bank Statement** | | | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

6897355.XLS

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | None |
|---|---|
| **Account Number** | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| **Type of Account (e.g., Checking)** | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

6897355.XLS