**[Dreassgn]** [Notice of Reassignment of Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Westport Holdings Tampa, Limited Partnership dba University Village | Case No. 8:16-bk-08167-CED<br>Chapter 11 |
| Westport Holdings Tampa II, Limited Partnership, | Case No. 8:16-bk-08168-CED<br><br>Jointly Administered under Case No. 8:16-bk-8167-CED |
| _____Debtor*_____/ | NOTICE OF REASSIGNMENT OF CASE |

NOTICE IS GIVEN THAT:

THIS case has been reassigned to the Honorable Caryl E. Delano. The case number reflects the change of the judge assigned to this case and should be reflected on all documents filed in the case in the future.

DATED: November 16, 2022

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.