UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

WESTPORT HOLDINGS TAMPA,
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA
II, LIMITED PARTNERSHIP,

Debtors.
_______________________________________/

Chapter: 11

Case No.: 8:16-bk-8167-CED

Case No.: 8:16-bk-8168-CED

*(Jointly Administered)*

**MOTION TO WITHDRAWAL AS CO-COUNSEL FOR**
**TAMPA LIFE PLAN VILLAGE, INC.**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 and serve a copy on movant's attorney, J. Ellsworth Summers, Jr., within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

J. Ellsworth Summers, Jr., Esquire and Dana L. Robbins, Esquire, and the law firm of Burr & Forman LLP (hereinafter collectively referred to as "Co-Counsel"), hereby files this motion in accordance with Local Rule 2091-2, seeking withdrawal of representation in this matter of Tampa Life Plan Village, Inc. ("Tampa Life"), and in support states as follows:

1. Co-Counsel was retained by Old Republic National Title Insurance Company under the terms of an Owner's Title Policy issued to Tampa Life to defend *Jennis Morse Etlinger's*

*Motion for (i) Determination of Lien and (ii) Authorization of Lis Pendens* (Doc. No. 2060) (the "Motion"), and any amendments thereof. In light of the resolution of the Motion, by entry of the Order dated November 14, 2023 (Doc. No. 2101), Co-Counsel requests approval to withdrawal from further representation of Tampa Life.

2. Tampa Life will continue to be represented in this matter by Linda Leali, Esquire, and Jason R. Alderman, Esquire who appeared in this case on behalf of Tampa Life.

**WHEREFORE**, J. Ellsworth Summers, Jr., Esquire and Dana L. Robbins, Esquire, and the law firm of Burr & Forman LLP, hereby request leave to withdraw as co-counsel for Tampa Life and award any such other relief as this Court deems just and proper.

Dated: January 29, 2024

**BURR FORMAN, LLP**

*/s/ J. Ellsworth Summers, Jr.*

J. Ellsworth Summers, Jr., Esq.
Florida Bar No. 0015769
Dana L. Robbins, Esq.
Florida Bar No. 106626
**BURR & FORMAN LLP**
One Tampa City Center, Suite 3200
201 North Franklin Street
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
E-mail: ESummers@burr.com
Email: drobbins@burr.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send notice of electronic filing to all parties indicated on the electronic filing receipt.

/s/ J. Ellsworth Summers, Jr.
Attorney