ORDERED.

**Dated: February 20, 2024**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

WESTPORT HOLDINGS TAMPA,
LIMITED PARTNERSHIP,

WESTPORT HOLDINGS TAMPA
II, LIMITED PARTNERSHIP,

Debtors.
_____________________________________/

Chapter: 11

Case No.: 8:16-bk-8167-CED

Case No.: 8:16-bk-8168-CED

*(Jointly Administered)*

**ORDER GRANTING MOTION TO WITHDRAWAL AS CO-COUNSEL FOR TAMPA LIFE PLAN VILLAGE, INC.**

THIS CASE came on for consideration, without hearing, on the Motion to Withdrawal as Co-Counsel for Tampa Life Plan Village, Inc. (the "Motion") (Doc No. 2133) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court considers the Motion uncontested because no party filed an objection. Accordingly, it is

**ORDERED:**

1. The Motion (Doc No. 2133) is **GRANTED.**

2. J. Ellsworth Summers, Jr., Esq. and Dana L. Robbins, Esq. of Burr & Forman LLP are relieved of further responsibility in this case as counsel for Tampa Life Plan Village, Inc.

3. Parties should serve all future correspondence and pleadings on Tampa Life Plan Village, Inc. at this address: Linda Leali, Esq., 2525 Ponce De Leon Blvd., Suite 300, Coral Gables, FL 33134 and Jason R. Alderman, Esq., 9999 NE 2nd Avenue, Suite 211, Miami Shores, FL 33138.

*Attorney J. Ellsworth Summers, Jr. is directed to serve a copy of this Order on interested parties who are non-CMECF users and file a proof of service within 3 days of entry of the Order.*